# EXHIBIT "A"

## LOCAL CIVIL RULE 81 INDEX OF DOCUMENTS

**Exhibit A-1**  Original Petition filed on October 17, 2012

**Exhibit A-2**  Notice of Appearance of co-counsel for Navarro County filed on October 24, 2012

**Exhibit A-3 Law**  Order to Transfer signed by Honorable Amanda D. Putman of the County Court at for Navarro County on October 24, 2012.

**Exhibit A-4**  Letter from Terry Jacobson to District Clerk of Navarro County dated October 29, 2012

**Exhibit A-5**  Citation by Certified Mail executed by District Clerk of Navarro County dated October 29, 2012

**Exhibit A-6**  Civil Docket Sheet County Court at Law Navarro County (Undated)

**Exhibit A-7**  Certificate of Interested Persons